McNair
v.
Bronson.

## JACKSON *vs.* LEONARD.

Action for *mesne profits,* is abolished by the revised statutes; the remedy of
the plaintiff is by suggestion on the record of judgment in the the ejectment
suit.

If the ejectment suit was commenced previous to the revised statutes going
into effect, the *suggestion* may be in the name of the nominal plaintiff.

April 7.

MOTION to set aside proceedings in *action* for mesne profits.
The action was commenced since the revised statutes went
into operation. The defendant insists that the action for
mesne profits is abolished, and that the plaintiff should have
made a suggestion of his claim to damages upon the record
of judgment in the ejectment suit. 2 *R. S.* 310, § 43, 44.
The objection was sustained by the Court, and the proceed-
ings were set aside; the Chief Justice observing that the sug-
gestion prescribed by statute might be made in the name of
the nominal plaintiff in the ejectment suit, if such suit was
commenced previous to the revised statutes going into effect.

---

## McNAIR *vs.* BRONSON & ADAMS.

On a motion for leave to reply double, it must be shewn that the matters
sought to be replied are *true.*

April 7.

MOTION to reply *double.* A motion was made for leave
to *reply* double, founded on an affidavit of the attorney and
counsel of the plaintiff, that in his opinion the preservation of
the plaintiff's rights required *several* and *distinct* answers to a
plea put in by the defendants; and enumerated the answers
proposed to be given, but did not state that the matters thus
desired to be replied were *true,* nor was there any other affi-
davit shewing their truth. The motion was opposed on the
ground of such defect, and for that cause denied by the Court.